JODI LINKER
Federal Public Defender
Northern District of California
JESSICA YU
Assistant Federal Public Defender
55 S. Market Street, Suite 820
San Jose, CA 95113
Telephone: (408) 291-7753
Facsimile: (408) 291-7399
Email: Jessica_Yu@fd.org

Counsel for Defendant PEREZ

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br> v.<br><br>JOSE PEREZ,<br><br>  Defendant. | Case No.: 5:25-cr-00250-PCP<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS HEARING REGARDING DETENTION** |

    Defendant Jose Perez and the Government, by and through their respective counsel, stipulate and agree, with the Court's approval, that the status hearing regarding detention set for December 1, 2025 at 1:00 p.m. may be continued to December 2, 2025 at 1:00 p.m. The reason for the requested continuance is that defense counsel needs additional time to conduct investigation that will bear on the issue of detention.

    The parties additionally stipulate and agree that time shall be excluded from December 1, 2025 to December 2, 2025 pursuant to 18 U.S.C. §§ 3161(h)(1)(D) as the government's motion for detention remains pending.

///

///

IT IS SO STIPULATED.

Dated: December 1, 2025

JODI LINKER
Federal Public Defender
Northern District of California

_____/s/_____
JESSICA YU
Assistant Federal Public Defender

Dated: December 1, 2025

CRAIG MISSAKIAN
United States Attorney
Northern District of California

_____/s/_____
Charles Bisesto
Assistant United States Attorney

_____/s/_____
Jeffrey Backhus
Assistant United States Attorney

## [PROPOSED] ORDER

Upon agreement and stipulation of the defendant Jose Perez, and the United States, and their respective counsel, and good cause appearing, IT IS HEREBY ORDERED that defendant Jose Perez's status hearing regarding detention be continued to December 2, 2025 at 1:00 p.m.

It is further ORDERED that time be excluded under 18 U.S.C. § 3161(h), and specifically, that it be excluded from December 1, 2025 to December 2, 2025.

IT IS SO ORDERED.

DATED:  December 1, 2025

_____
HONORABLE VIRGINIA K. DEMARCHI
United States Magistrate Judge