CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

CHARLES F. BISESTO (CABN 271353)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6405
    FAX: (415) 436-7234
    Charles.Bisesto@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JOSE SOTO PEREZ,<br><br>    Defendant. | NO. 5:25-CR-00250 PCP<br><br>STIPULATION TO CONTINUE DETENTION HEARING AND EXCLUDE TIME FROM DECEMBER 11, 2025, TO DECEMBER 12, 2025, AND [~~PROPOSED~~] ORDER |

It is hereby stipulated by and between counsel for the United States and counsel for the

defendant Jose Soto Perez, that time be excluded under the Speedy Trial Act from December 11, 2025,

through December 12, 2025.

At the last status conference held on December 11, 2025, the government and counsel for the

defendant agreed to set this matter for a detention hearing on December 11, 2025.  Unfortunately, since

the calling of the case, the government has learned that it will be unavailable on the afternoon of

December 11, 2025 and unable to attend the detention hearing.  Counsel for Mr. Perez has agreed to

continue this case one more day to accommodate the government's schedule.  Additionally, the

Courtroom Deputy has confirmed that December 12, 2025 works for the Court.

Because the government's motion for detention remains pending, the parties further agree that

1  time continues to be excluded under the Speedy Trial Act.  18 U.S.C. § 3161(h)(1)(D).

2      The undersigned Assistant United States Attorney certifies that he has obtained approval from

3  counsel for the defendant to file this stipulation and proposed order.

4      IT IS SO STIPULATED.

5  DATED: December 9, 2025                    _____/s/_____

6                                             CHARLES F. BISESTO
                                              Assistant United States Attorney

7

8  DATED: December 9, 2025                    _____/s/_____
                                              JESSICA YU
9                                             Counsel for Defendant Jose Soto Perez

10                            **[~~PROPOSED~~] ORDER**

11      Based upon the facts set forth in the stipulation of the parties and the representations made to the

12  Court, and for good cause shown, the Court agrees to continue this case to December 12, 2025 for a

13  Detention Hearing.  The Court further finds that because the government's motion for detention remains

14  pending, the time from December 11, 2025 through December 12, 2025 should be excluded in

15  computing the time within which the trial must commence.  18 U.S.C. § 3161(h)(1)(D).

16      Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the matter be

17  continued to December 12, 2025 for a Detention Hearing.  It is FURTHER ORDERED that the time

18  from December 11, 2025, through December 12, 2025, shall be excluded from computation under the

19  Speedy Trial Act. 18 U.S.C. § 3161(h)(1)(D).

20      IT IS SO ORDERED.

21

22  DATED:  ___December 9, 2025___

23                                             VIRGINIA K. DEMARCHI
                                              United States Magistrate Judge

24

25

26

27

28