JODI LINKER
Federal Public Defender
Northern District of California
JESSICA YU
Assistant Federal Public Defender
8th Floor - Suite 820
55 South Market Street
San Jose, CA 95113
Telephone:    (408) 291-7753
Facsimile:    (408) 291-7399
Email:        Jessica_Yu@fd.org


Counsel for Defendant PEREZ


IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION


| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSE SOTO PEREZ,<br><br>Defendant. | **Case No.:** 25-CR-00250 PCP (VKD)<br><br>**STIPULATION TO MODIFY CONDITIONS OF PRETRIAL RELEASE; [~~PROPOSED~~] ORDER**<br><br>**\*\*AS MODIFIED BY THE COURT\*\*** |


**STIPULATION**

Defendant Jose Soto Perez, represented by AFPD Jessica Yu, respectfully requests the following modification of his pretrial release conditions to allow a curfew as approved by Pretrial Services.  The Government, represented by AUSA Charlie Bisesto and AUSA Jeffrey Backhus, does not object to the requested modification.  Following a further detention hearing on December 19, 2025, Mr. Perez was released on a $25,000 unsecured bond subject to conditions.  Dkt. 20.  One of those conditions requires that he remain at his residence at all times except for medical reasons, attorney visits, court appearances, court-approved obligations, or other activities approved in advance by Pretrial Services.  Dkt. 20-1.  Mr. Perez respectfully requests that the Court modify this condition

STIPULATION AND [~~PROPOSED~~] ORDER
*PEREZ*, 25-CR-00250 PCP

1

to permit a curfew as approved by Pretrial Services.

Defense counsel has conferred with Pretrial Services Officer Carolyn Truong, who indicated that Pretrial Services in the Northern District of California does not object to the curfew modification. Pretrial Services in the Eastern District of California, where Mr. Perez resides, also does not object to the curfew modification and reports no issues with supervision or concerns at this time.

IT IS SO STIPULATED.

Dated:     March 27, 2026                  JODI LINKER
                                           Federal Public Defender
                                           Northern District of California

                                           _/S/_
                                           JESSICA YU
                                           Assistant Federal Public Defender


Dated:     March 27, 2026                  CRAIG MISSAKIAN
                                           United States Attorney
                                           Northern District of California

                                           _/S/_
                                           CHARLES BISESTO
                                           JEFFREY BACKHUS
                                           Assistant United States Attorneys

STIPULATION AND [~~PROPOSED~~] ORDER
*PEREZ*, 25-CR-00250 PCP

## [~~PROPOSED~~] ORDER

## **AS MODIFIED BY THE COURT**

GOOD CAUSE APPEARING, upon the stipulation of the parties, IT IS HEREBY ORDERED that the Defendant's conditions of release, as ordered on December 19, 2025, shall be modified as follows:

- The Court <u>removes the following condition</u>:  Defendant must remain at his residence at all times except for medical reasons, attorney visits, court appearances, court-approved obligations, or other activities approved in advance by Pretrial Services.  *See* Dkt. No. 20-1.

- The Court <u>adds the following condition</u>:  Defendant shall observe a curfew that is approved in advance by Pretrial Services, and must otherwise remain at his residence, except as otherwise permitted by Pretrial Services.

All other previously imposed conditions are to remain in full effect.

IT IS SO ORDERED.

Dated:    March 27, 2026

THE HON. VIRGINIA K. DEMARCHI
United States Magistrate Judge

STIPULATION AND [~~PROPOSED~~] ORDER
*PEREZ*, 25-CR-00250 PCP